10-27-18

My name is Donna M Cheeks

Case # 2:17-cv-00033-RWS-JCF

I'm responding to the ruling in my case. I disagree with the recent ruling. Could you please contact me as soon as you can concerning this matter. I just was released from the hospital and receive my mail on 9-26-18. I went in on 9-14-18.

Thank you for your time concerning this matter.

Donna M Cheeks.

FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville
OCT - 1 2018
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Case 2:17-cv-00033-RWS   Document 34   Filed 10/01/18   Page 2 of 2

